## HENRY V. BRANNAN.

(Decided April 8, 1909.)

APPEAL from Mobile Circuit Court.

Heard before Hon. SAMUEL B. BROWNE.

ERWIN & MCALEER, for appellant. MCINTOSH & RICH, for appellee.

DOWDELL, C. J.—The court properly granted a motion for new trial. Affirmed.

SIMPSON, DENSON and MAYFIELD, JJ., concur.

---

## MOBILE & OHIO R. R. CO. V. GLOVER.

(Decided April 8, 1909.)

APPEAL from Mobile Circuit Court.

Heard before Hon. SAMUEL B. BROWNE.

S. R. PRICE and C. M. WRIGHT, for appellant. ERWIN & MCALEER, for appellee.

DOWDELL, C. J.—Affirmed on authority of former appeal, 150 Ala. 386; 43 South. 719.

SIMPSON, DENSON and MAYFIELD, JJ., concur.

---

## MONTGOMERY TRACTION CO. V. PARK.

*Damages for Injury to Minor Child.*

(Decided Feb. 9, 1909.)

APPEAL from Montgomery City Court.

Heard before Hon. A. D. SAYRE.

RUSHTON & COLEMAN, for appellant. HILL, HILL & WHITING, for appellee.

MAYFIELD, J.—Affirmed for want of assignment or error.

DOWDELL. C. J., ANDERSON and MCCLELLAN, JJ., concur.